UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO.: **09-7005**

**Wade Alan Muse** and
**Robin Louise Muse**,

    Debtor(s).
_____/

## Amended Chapter 13 Plan

COMES NOW, the Debtor(s) and submit the following Amended Chapter 13 Plan: The projected disposable income of the debtors' are submitted to the supervision and control of the Trustee, and the Debtors' shall pay to the Trustee by cashier's check or money order commencing on the 14th day of each month, the sum of $621.83 per month for month 1 and $2,479.80 per month for months 2 - 60 of the plan. Of the payments so received, the Trustee shall make disbursements as follows:

1. **Administrative Expenses:**

   a. Trustee's Fee: 10%
   b. Attorney's Fee (unpaid portion), i.e.: $1,500.00 to be paid through the plan in 5 monthly installments, as follows: Month 2 = $300.00; Month 3 = $300.00; Month 4 = $300.00; Month 5 = $300.00; Month 6 = $300.00.

2. **Priority Claims:**

   | Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
   |---|---|---|---|
   |  |  |  |  |

3. **Secured Claims:**

   | Secured Creditor | Claim Amount | Payment Amount | Payment Numbers |
   |---|---|---|---|
   | Central Florida Postal FCU (2004 Ford) | $ 9,644.89 | $ 199.62 | 1 – 60 |
   | Central Florida Postal FCU (2007 Toyota) | $ 11,477.96 | $ 225.25 | 1 – 60 |
   | Flagstar Bank | $172,031.62 | $1,433.10<br>$1,433.10 | 1 *paid o/s*<br>2 - 60 |

4.  **Secured Arrearage:**

    | Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
    |---|---|---|---|
    | None | | | |

5.  **Valuation of Security:**
    None

6.  **Unsecured Creditors:** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: **11%**

7.  **Other Provisions:**
    a.  Secured creditors, with the exception of Bank of America NA, shall retain their lien until their claims are paid in full.
    b.  Debtors have filed a Verified Motion to Strip Lien of Bank of America and for Determination that Claim is Unsecured.
    c.  Assumption or rejection of executory contracts and unexpired leases shall be accomplished by notice separate from this plan.
    d.  Title to the Debtors' property shall revest in Debtor on confirmation of a plan.

_____  
Debtor: Wade Alan Muse

Date: 6-23-09

_____  
Joint Debtor: Robin Louise Muse

Date: 6-23-09

### Certificate of Service

I/hereby certify that a true and correct copy of the Amended Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to all Creditors and Parties in Interest as listed on the Court's Matrix as attached hereto, this 24 day of June, 2009.

_____  
ROBERT M. BALDWIN, ESQUIRE  
Florida Bar No. 0040626  
Abeles & Associates  
5 West Highbanks Road  
DeBary, Florida 32713  
Telephone: (386) 668-8511  
Facsimile: (386) 668-0100  
Attorney for Debtor(s)

| DUE DATE 14TH | | Unsecured 60 | | | MUSE 09-7005 Debtor Pmt 60 | 10.0% Tee Fee | | ATTY FEE | FLAGSTAR BANK | BANK OF AMERICA | CENTRAL FLA POSTAL FCU 2004 FORD | CENTRAL FLA POSTAL FCU 2007 TOYOTA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/14/2009 | 1 | $134.78 | 1 | at | $621.83 | $62.18 | | | pd o/s | MOTION TO | $199.62 | $225.25 |
| 7/14/2009 | 2 | $73.85 | 59 | at | $2,479.80 | $247.98 | | $300.00 | $1,433.10 | STRIP LIEN | $199.62 | $225.25 |
| 8/14/2009 | 3 | $73.85 | | | $2,479.80 | $247.98 | | $300.00 | $1,433.10 | | $199.62 | $225.25 |
| 9/14/2009 | 4 | $73.85 | | | $2,479.80 | $247.98 | | $300.00 | $1,433.10 | | $199.62 | $225.25 |
| 10/14/2009 | 5 | $73.85 | | | $2,479.80 | $247.98 | | $300.00 | $1,433.10 | | $199.62 | $225.25 |
| 11/14/2009 | 6 | $73.85 | | | $2,479.80 | $247.98 | 5 at | $300.00 | $1,433.10 | | $199.62 | $225.25 |
| 12/14/2009 | 7 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 1/14/2010 | 8 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 2/14/2010 | 9 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 3/14/2010 | 10 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 4/14/2010 | 11 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 5/14/2010 | 12 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 6/14/2010 | 13 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 7/14/2010 | 14 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 8/14/2010 | 15 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 9/14/2010 | 16 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 10/14/2010 | 17 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 11/14/2010 | 18 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 12/14/2010 | 19 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 1/14/2011 | 20 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 2/14/2011 | 21 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 3/14/2011 | 22 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 4/14/2011 | 23 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 5/14/2011 | 24 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 6/14/2011 | 25 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 7/14/2011 | 26 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 8/14/2011 | 27 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 9/14/2011 | 28 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 10/14/2011 | 29 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 11/14/2011 | 30 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 12/14/2011 | 31 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 1/14/2012 | 32 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 2/14/2012 | 33 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 3/14/2012 | 34 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 4/14/2012 | 35 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 5/14/2012 | 36 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 6/14/2012 | 37 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 7/14/2012 | 38 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 8/14/2012 | 39 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 9/14/2012 | 40 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 10/14/2012 | 41 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 11/14/2012 | 42 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 12/14/2012 | 43 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 1/14/2013 | 44 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 2/14/2013 | 45 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 3/14/2013 | 46 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 4/14/2013 | 47 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 5/14/2013 | 48 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 6/14/2013 | 49 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 7/14/2013 | 50 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 8/14/2013 | 51 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 9/14/2013 | 52 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 10/14/2013 | 53 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 11/14/2013 | 54 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 12/14/2013 | 55 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 1/14/2014 | 56 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 2/14/2014 | 57 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 3/14/2014 | 58 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 4/14/2014 | 59 | $373.85 | | | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| 5/14/2014 | 60 | $373.85 | 59 | at | $2,479.80 | $247.98 | | | $1,433.10 | | $199.62 | $225.25 |
| | | 20,691.93 | | | $146,930.03 | 14,693.00 | | $1,500.00 | $84,552.90 | | $11,977.20 | $13,515.00 |
| | | $19,127.72 | | | | | | | | | | |
| | | 108% | | | | | | | | | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:09-bk-07005-ABB<br>Middle District of Florida<br>Orlando<br>Fri Jun 19 11:38:22 EDT 2009 | United States Bankruptcy Court<br>135 West Central Boulevard Suite 950<br>Orlando, FL 32801-2443 | Alliance One Recv Mgmt<br>PO Box 510477<br>Livonia, MI 48151-6477 |
| Anthony Maniscalco<br>119 E Newport Ctr Dr #101<br>Deerfield Beach, FL 33442 | Bank of America<br>4060 Ogletown Stan<br>Mail Code DE5-019<br>Newark, DE 19713 | Bank of America<br>PO Box 15726<br>Wilmington, DE 19886-5726 |
| Bank of America<br>PO Box 25118<br>Tampa, FL 33622-5118 | Beneficial<br>2751 Enterprise Road<br>Orange City, FL 32763-8256 | Beneficial Finance<br>PO Box 17574<br>Baltimore, MD 21297-1574 |
| Blockbuster<br>CO NAFS<br>PO Box 9027<br>Buffalo, NY 14231-9027 | Capital One<br>PO Box 70886<br>Charlotte, NC 28272-0886 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Central Florida Postal C U<br>800 N Rhinehart Rd<br>Mid Florida, FL 32799-8800 | Central Florida Regional<br>1401 W Seminole Blvd<br>Sanford, FL 32771-6764 | Central Florida Regional<br>PO Box 99400<br>Louisville, KY 40269-0400 |
| Chase<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Chevron<br>PO Box 530950<br>Atlanta, GA 30353-0950 | CitiCorp Credit Services<br>Alliance One Recv Mgmt<br>PO Box 21882<br>Saint Paul, MN 55121-0882 |
| CitiFinancial<br>PO Box 70921<br>Charlotte, NC 28272-0921 | CitiFinancial Retail Serv<br>PO Box 183041<br>Columbus, OH 43218-3041 | Citifinancial Retail Serv<br>PO Box 22060<br>Tempe, AZ 85285-2060 |
| Citifinancial Retail Service<br>PO Box 22060<br>Tempe, AZ 85285-2060 | Discovery Collections<br>PO Box 98940<br>Las Vegas, NV 89193-8940 | Flagstar Bank<br>5151 Corporate Dr<br>Troy, MI 48098-2639 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Hospital Fish<br>1055 Saxon Blvd<br>Orange City, FL 32763-8468 | Florida Radiology Imaging<br>PO Box 864428<br>Orlando, FL 32886-4428 |
| Frost Arnett Company<br>PO Box 198988<br>Nashville, TN 37219-8988 | GE Money Bank<br>PO Box 530950<br>Atlanta, GA 30353-0950 | HSBC<br>Cardmember Services<br>PO Box 5250<br>Carol Stream, IL 60197-5250 |

| | | |
|---|---|---|
| HSBC Card Services<br>PO Box 5241<br>Carol Stream, IL 60197-5241 | Home Depot Credit Services<br>PO Box 689100<br>Des Moines, IA 50368-9100 | Home Depot Credit Services<br>Processing Center<br>Des Moines, IA 50364-0500 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | JC Penney<br>PO Box 960090<br>Orlando, FL 32896-0090 | JC Penney/GEMB<br>PO Box 981131<br>El Paso, TX 79998-1131 |
| Joseph Riley Anes Assoc<br>291 Southhall Lane #201<br>Maitland, FL 32751-7290 | Lisa Bowers, MD<br>PO Box 948075<br>Maitland, FL 32794-8075 | Lowe's<br>PO Box 981064<br>El Paso, TX 79998-1064 |
| Lowe's Business Account<br>PO Box 530970<br>Atlanta, GA 30353-0970 | Middleton Pest Control<br>CO Leland Scott & Associate<br>PO Box 2205<br>Mansfield, TX 76063-0040 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 |
| NCO Financial<br>PO Box 61247<br>DEPT 64<br>Virginia Beach, VA 23466-1247 | Nationwide Insurance<br>CO Credit Collection Serv<br>PO Box 55126<br>Boston, MA 02205-5126 | New Smyrna Imaging<br>405 E 3rd Avenue<br>New Smyrna Beach, FL 32169-3129 |
| North American Credit Serv<br>PO Box 182221<br>Chattanooga, TN 37422-7221 | Orlando Ctr Outpatient Surg<br>1405 S Orange Ave #400<br>Orlando, FL 32806-2147 | Pay Pal<br>PO Box 981064<br>El Paso, TX 79998-1064 |
| Pay Pal Pay Later<br>PO Box 960080<br>Orlando, FL 32896-0080 | Pro Stores<br>2145 Hamilton Ave<br>San Jose, CA 95125-5905 | REMB<br>PO Box 1238<br>Elmsford, NY 10523-0938 |
| Rolfe & Lobello PA<br>233 East Bay Street #720<br>Jacksonville, FL 32202-3448 | Sidhu Harinder Kaur MD<br>2611 E Michigan St<br>Orlando, FL 32806-5041 | Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 |
| Wyndham<br>PO Box 98940<br>Las Vegas, NV 89193-8940 | Wyndham Vacation Resorts<br>PO Box 414003<br>Boston, MA 02241-0001 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| Robert M Baldwin<br>Abeles & Associates<br>5 West Highbanks Road<br>DeBary, FL 32713-2863 | Robin Louise Muse<br>907 Primrose Terrace<br>Deltona, FL 32738-7709 | Wade Alan Muse<br>907 Primrose Terrace<br>Deltona, FL 32738-7709 |