# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
### Orlando Division

| | |
|---|---|
| IN RE:<br><br>Wade Alan Muse<br>Robin Louise Muse<br><br><br>Debtors | Case No: 6:09-bk-07005-ABB<br>Chapter 13 |

## Notice of Chapter 13 Confirmation Hearing

**PLEASE TAKE NOTICE** that the debtors filed a Chapter 13 Plan or Amended Chapter 13 Plan, a copy of which has previously been served upon you.

Creditors are advised that the payment amounts and frequency of payments as described in the debtors' plan will become effective upon confirmation of the plan unless the affected creditor files an objection to the confirmation within 21 days after the date of this notice. Such objection must be filed with the Clerk, United States Bankruptcy Court, 135 West Central Boulevard, Suite 950, Orlando, FL 32801.

**NOTICE IS FURTHER GIVEN** that a confirmation hearing will be held on 12/22/2009 at 10:30 am in courtroom A, 135 West Central Boulevard, 5th floor, Orlando, FL.

At the confirmation hearing, the Court will hear and determine any objections to confirmation filed by any affected creditor. The Court will also hear and determine each motion, objection, and other matter filed by any party in iterest that is then pending and requires determination, provided that the motion, objection, or other matter was filed and served a period of time before the confirmation hearing no less that that required by the Federal Rules of Bankruptcy Procedure for notice of hearing of such a matter. The Court deems that the debtor objects on the grounds of timeiness to all proofs of claim and amendments to proofs of claim filed by any creditor after the bar date for filing claims. If confirmation is denied, the Court may also consider dismissal or conversion.

Appropriate Attire. You are reminded that Local Rule 5072-(b) (16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilitites. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 restrcicts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Filed and served on the attached matrix this 28th day of October, 2009.

/S/ LAURIE K. WEATHERFORD
---
Laurie K Weatherford
Chapter 13 Trustee
Samuel R Pennington
Attorney for Trustee
FL Bar No. 0779326
PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com

```
Label Matrix for local noticing          Alliance One Recv Mgmt                  Anthony Maniscalco
113A-6                                   PO Box 510477                           119 E Newport Ctr Dr #101
Case 6:09-bk-07005-ABB                   Livonia, MI 48151-6477                  Deerfield Beach, FL 33442
Middle District of Florida
Orlando
Wed Oct 28 14:37:04 EDT 2009

BAC Home Loan Servicing, L.P.            BAC Home Loans Servicing                BANK OF AMERICA N.A.
7105 Corporate Drive                     loan # 0391                             475 CROSSPOINT PARKWAY/PO BOX 9000
Plano, TX 75024-4100                     7105 Corporate Dr                       GETZVILLE, NEW YORK 14068-9000
                                         Plano TX 75024-4100


Robert M Baldwin                         Bank of America                         Bank of America
Abeles & Associates                      4060 Ogletown Stan                      PO Box 15726
5 West Highbanks Road                    Mail Code DE5-019                       Wilmington, DE 19886-5726
DeBary, FL 32713-2863                    Newark, DE 19713


Bank of America                          Bank of America, N.A.                   Beneficial
PO Box 25118                             475 CrossPoint Parkway                  2751 Enterprise Road
Tampa, FL 33622-5118                     P.O. Box 9000                           Orange City, FL 32763-8256
                                         Getzville, NY 14068-9000


Beneficial Finance                       Blockbuster                             Capital One
PO Box 17574                             CO NAFS                                 PO Box 70886
Baltimore, MD 21297-1574                 PO Box 9027                             Charlotte, NC 28272-0886
                                         Buffalo, NY 14231-9027


Capital One                              Capital One Bank (USA), N.A.            Central Florida Postal C U
PO Box 71083                             C/O Tsys Debt Management (Tdm)          attn: Victor Melendez
Charlotte, NC 28272-1083                 PO BOX 5155                             301 E Michigan St
                                         NORCROSS, GA 30091-5155                 Orlando FL 32806-4539


Central Florida Regional                 Central Florida Regional                Chase
1401 W Seminole Blvd                     PO Box 99400                            PO Box 15153
Sanford, FL 32771-6764                   Louisville, KY 40269-0400               Wilmington, DE 19886-5153


Chevron                                  CitiCorp Credit Services                CitiFinancial
PO Box 530950                            Alliance One Recv Mgmt                  PO Box 70921
Atlanta, GA 30353-0950                   PO Box 21882                            Charlotte, NC 28272-0921
                                         Saint Paul, MN 55121-0882


CitiFinancial Retail Serv                CitiFinancial Retail Services           Citifinancial Retail Serv
PO Box 183041                            P.O. Box 140489                         PO Box 22060
Columbus, OH 43218-3041                  Irving, TX 75014-0489                   Tempe, AZ 85285-2060


Citifinancial Retail Service             Citifinancial Retail Services           Discovery Collections
PO Box 22060                             POB 70923                               PO Box 98940
Tempe, AZ 85285-2060                     Charlotte NC 28272-0923                 Las Vegas, NV 89193-8940
```

Flagstar Bank
5151 Corporate Dr
Troy, MI 48098-2639

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Hospital Fish
1055 Saxon Blvd
Orange City, FL 32763-8468

Florida Radiology Imaging
PO Box 864428
Orlando, FL 32886-4428

Frost Arnett Company
PO Box 198988
Nashville, TN 37219-8988

GE Money Bank
PO Box 530950
Atlanta, GA 30353-0950

HSBC
Cardmember Services
PO Box 5250
Carol Stream, IL 60197-5250

HSBC Card Services
PO Box 5241
Carol Stream, IL 60197-5241

Home Depot Credit Services
PO Box 689100
Des Moines, IA 50368-9100

Home Depot Credit Services
Processing Center
Des Moines, IA 50364-0500

Hospital Corporation of America
MS 550
PO Box 91121
Seattle, WA 98111-9221

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

JC Penney
PO Box 960090
Orlando, FL 32896-0090

JC Penney/GEMB
PO Box 981131
El Paso, TX 79998-1131

Joseph Riley Anes Assoc
291 Southhall Lane #201
Maitland, FL 32751-7290

Lisa Bowers, MD
PO Box 948075
Maitland, FL 32794-8075

Lowe's
PO Box 981064
El Paso, TX 79998-1064

Lowe's Business Account
PO Box 530970
Atlanta, GA 30353-0970

Middleton Pest Control
CO Leland Scott & Associate
PO Box 2205
Mansfield, TX 76063-0040

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

Robin Louise Muse
907 Primrose Terrace
Deltona, FL 32738-7709

Wade Alan Muse
907 Primrose Terrace
Deltona, FL 32738-7709

NCO Financial
PO Box 61247
DEPT 64
Virginia Beach, VA 23466

Nationwide Insurance
CO Credit Collection Serv
PO Box 55126
Boston, MA 02205-5126

New Smyrna Imaging
405 E 3rd Avenue
New Smyrna Beach, FL 32169-3129

North American Credit Serv
PO Box 182221
Chattanooga, TN 37422-7221

Orlando Ctr Outpatient Surg
1405 S Orange Ave #400
Orlando, FL 32806-2147

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

PRA Receivables Management LLC as agent for
FIA Card Services NA AKA Bank of America
PO Box 12907
Norfolk, VA 23541-0907

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
POB 41067
NORFOLK VA 23541-1067

| | | |
|---|---|---|
| PRA Receivables Mgmt<br>POB 12914<br>Norfolk VA 23541-0914 | Pay Pal<br>PO Box 981064<br>El Paso, TX 79998-1064 | Pay Pal Pay Later<br>PO Box 960080<br>Orlando, FL 32896-0080 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | Pro Stores<br>2145 Hamilton Ave<br>San Jose, CA 95125-5905 | REMB<br>PO Box 1238<br>Elmsford, NY 10523-0938 |
| Rolfe & Lobello PA<br>233 East Bay Street #720<br>Jacksonville, FL 32202-3448 | Sidhu Harinder Kaur MD<br>2611 E Michigan St<br>Orlando, FL 32806-5041 | Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 |
| Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Wyndham<br>PO Box 98940<br>Las Vegas, NV 89193-8940 | Wyndham Vacation Resorts<br>PO Box 414003<br>Boston, MA 02241-0001 |
| eCAST Settlement Corporation assignee of Cha<br>Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthur B. Briskman
Orlando

End of Label Matrix
Mailable recipients    72
Bypassed recipients     1
Total                  73